**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 21, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00561-CV

---

**MKM ENGINEERS, INC., AND PIKA INTERNATIONAL, INC., Appellants**

**V.**

**JAL B. GUZDER, Appellee**

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 07-DCV-155803A**

---

### MEMORANDUM OPINION

This is an appeal from an order signed July 19, 2024. On November 14, 2024, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Poissant.